HAEJI HONG, ATTORNEY #198503
OFFICE OF THE UNITED STATES TRUSTEE
800 FRONT STREET THIRD FLOOR, SUITE 3230
SAN DIEGO, CA 92101 (619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

Southern District of California

In re:

MELEK TZADIK COVENANT HOLDINGS,

Debtor.

Case No. 17-06624-LA11

STATEMENT OF UNITED STATES TRUSTEE CONCERNING INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS

Dept: TWO
Room: 118

## STATEMENT OF UNITED STATES TRUSTEE CONCERNING INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS

The United States Trustee for the Southern District of California reports as follows:

1. The order for relief in this case under chapter 11 of the Bankruptcy Code was entered on October 31, 2017.

2. The United States Trustee is unable to appoint a committee of unsecured creditors because, according to the debtor's schedules, an insufficient number of unsecured creditors exist. Accordingly, the United States Trustee is unable to appoint a committee pursuant to 11 U.S.C. §1102(a).

Respectfully submitted,
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: DECEMBER 5, 2017       By: /s/ _____
Haeji Hong
Trial Attorney for the
Acting United States Trustee